UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Timothy Lamar Collins**                        **Docket No. 5:09-CR-322-1FL**

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Timothy Lamar Collins, who, upon an earlier plea of guilty to Using and Carrying a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting (two counts), 18 U.S.C. §§ 924(c) and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 12, 2012, to the custody of the Bureau of Prisons for a term of 105 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Timothy Lamar Collins was released from custody on January 20, 2017, at which time the term of supervised release commenced.

On February 6, 2017, the court was notified that the defendant provided a urinalysis on January 25, 2017, that returned positive for marijuana. The defendant also failed to complete a substance abuse assessment. The defendant was verbally admonished for these violations and it was recommended that he be continued in the Surprise Urinalysis Program with no further action taken by the court. The court concurred.

On October 23, 2017, the court was notified that on October 4, 2017, in Wake County, North Carolina, the defendant was charged with Speeding and Driving While License Revoked. The defendant was unaware that his NCDL was suspended. As a result, the probation office recommended that this case be allowed to resolve itself in state court with no further action taken by the court. The court concurred.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 14, 2018, the defendant was charged in Wake County, North Carolina with Speeding and Driving While License Revoked. The defendant failed to notify the probation office of these new charges within 72 hours and was verbally reprimanded. The defendant does not have a valid North Carolina Driver's License and reported that he had to rush his pregnant girlfriend to the emergency room due to complications with her pregnancy. This charges remain pending and are scheduled for court on April 17, 2018. To address this non-compliance, the defendant has been instructed not to operate another motor vehicle in North Carolina until properly licensed and complete 16 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

**Timothy Lamar Collins**
**Docket No. 5:09-CR-322-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Maurice J. Foy
Maurice J. Foy
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: March 06, 2018

## ORDER OF THE COURT

Considered and ordered this __8th__ day of __March__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge