UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-00322-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TIMOTHY LAMAR COLLINS | |

On motion of the Defendant, Timothy Lamar Collins, and for good cause shown, it is hereby ORDERED that the **[DE186 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 2nd day of December, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge